UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-6174 (L)
(1:24-cv-01782-MSN-WBP)

_____

JUAN ABREU; JUAN MORENO COLINDRES; JUSTIN SAWYER

      Petitioners - Appellees

v.

JEFFREY CRAWFORD, in his official capacity as Director of the ICA-Farmville Detention Center; RUSSELL HOTT, in his official capacity as Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations Washington Field Office; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; PAMELA JO BONDI, in her official capacity as Attorney General of the United States

      Respondents - Appellants

and

PAUL PERRY, in his official capacity as Warden of the Caroline Detention Facility

      Respondent

_____

No. 25-6310
(1:24-cv-01782-MSN-WBP)

_____

JUAN ABREU; JUAN ANTONIO COLINDRES; JUSTIN SAWYER

        Petitioners - Appellees

v.

RUSSELL HOTT, in his official capacity as Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations Washington Field Office; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; PAMELA JO BONDI, in her official capacity as Attorney General of the United States

        Respondents - Appellants

and

JEFFREY CRAWFORD, in his official capacity as Director of the ICA-Farmville Detention Center; PAUL PERRY, in his official capacity as Warden of the Caroline Detention Facility

        Respondents

_____

O R D E R

_____

The court consolidates Case No. 25-6310 with Case No. 25-6174(L). Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

The court adopts the briefing order previously filed in 25-6174 on March 13, 2025.

        For the Court--By Direction

        /s/ Nwamaka Anowi, Clerk