FILED: April 22, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-6174 (L)
(1:24-cv-01782-MSN-WBP)

_____

JUAN ABREU; JUAN MORENO COLINDRES; JUSTIN SAWYER

      Petitioners - Appellees

v.

JEFFREY CRAWFORD, in his official capacity as Director of the ICA-Farmville Detention Center; RUSSELL HOTT, in his official capacity as Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations Washington Field Office; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; PAMELA JO BONDI, in her official capacity as Attorney General of the United States

      Respondents - Appellants

and

PAUL PERRY, in his official capacity as Warden of the Caroline Detention Facility

      Respondent

_____

No. 25-6310
(1:24-cv-01782-MSN-WBP)

_____

JUAN ABREU; JUAN ANTONIO COLINDRES; JUSTIN SAWYER

Petitioners - Appellees

v.

RUSSELL HOTT, in his official capacity as Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations Washington Field Office; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; PAMELA JO BONDI, in her official capacity as Attorney General of the United States

Respondents - Appellants

and

JEFFREY CRAWFORD, in his official capacity as Director of the ICA-Farmville Detention Center; PAUL PERRY, in his official capacity as Warden of the Caroline Detention Facility

Respondents

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss these cases pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk